STATE OF CONNECTICUT *v.* BERNARD K. SAWYER

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 854 (AC 9728), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided November 16, 1993

AMERICAN NATIONAL BANK *v.* WILLIAM T. SHEA ET AL.

The petition of the defendants William T. Shea and Janice W. Shea for certification for appeal from the Appellate Court, 32 Conn. App. 901 (AC 12267), is denied.

*Michael T. Landino,* in support of the petition.

*Francis P. Barberio,* in opposition.

Decided November 16, 1993

CENTERBANK *v.* FAIRWAY ESTATES II ET AL.

The petition of the defendants Fairway Estates II, Leroy H. Brink, George Morganthaler, Fairway Estates, Inc., Allan J. Baum, David K. Baum, Edwin L. Baum, Ralph S. Eckhouse, Stephen Eckhouse, David Miller, Robert F. Peters, Fred Sherbacow, Herbert L. Wattley and Daniel Zito for certification for appeal from the Appellate Court, 32 Conn. App. 904 (AC 12190), is denied.

*Richard P. Weinstein,* in support of the petition.

Decided November 16, 1993